Case 1:33-av-00001 Document 7025-3 Filed 10/09/15 Page 1 of 2 PageID: 229087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint : | |
| : | CIVIL ACTION NO.: |
| of : | |
| : | **NOTICE OF COMPLAINT FOR** |
| MATTHEW CARSON, as Owner of the vessel : | **EXONERATION FROM OR** |
| TAMMY LYNN, a 2005 28' Mako Model : | **LIMITATION OF LIABILITY** |
| 284CC (HIN: MRKTM064C505) for Exoneration : | |
| from or Limitation of Liability : | |

NOTICE is given that the above-named Plaintiffs have filed a Complaint pursuant to 46 U.S.C. § 30501 *et seq*., the statutes supplemental thereto and amendatory thereof, and Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, seeking exoneration from or limitation of liability for all claims for loss, damage, injury or death arising out of or occurring on a trip on July 11, 2015 when the vessel TAMMY LYNN was operating in the area of the Cape May inlet, New Jersey, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court located at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101 and must serve a copy thereof on the attorneys for the Plaintiff, Nicoletti Hornig & Sweeney, 505 Main Street, Suite 106, Hackensack, New Jersey 07601 on or before the ___ day of _____, 2015 or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall also file with the Clerk of this Court and serve on the

Case 1:33-av-00001 Document 7025-3 Filed 10/09/15 Page 2 of 2 PageID: 229088

attorneys for the Plaintiffs an answer to the Complaint on or before the aforesaid date unless the

claimant's claim includes an answer so designated, or be defaulted.


Dated: Camden, New Jersey
, 2015


_____
Clerk of the Court
United States District Court
for the District of New Jersey


T:\grussell\0-1202\Notice of Complaint.doc