# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint : | |
| : | CIVIL ACTION NO.: |
| of : | |
| : | **ORDER APPROVING *AD*** |
| MATTHEW CARSON, as Owner of the vessel : | ***INTERIM* STIPULATION** |
| TAMMY LYNN, a 2005 28' Mako Model : | **FOR VALUE, DIRECTING** |
| 284CC (HIN: MRKTM064C505) for Exoneration : | **ISSUANCE OF NOTICE** |
| from or Limitation of Liability : | **AND ENJOINING ACTIONS** |

A Complaint having been filed herein on October 9, 2015, by the above-named Plaintiff, as owners of the vessel TAMMY LYNN, seeking exoneration from or limitation of liability pursuant to 46 U.S.C. § 30501 *et seq*. (formerly 46 U.S.C. § 181 *et seq*.), and the statutes supplemental thereto and amendatory thereof, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, injury or death caused by or resulting from an incident that occurred on July 11, 2015 in the area of the Cape May inlet, New Jersey as more fully described in the Complaint;

AND the Complaint having stated the facts and circumstances upon which exoneration and limitation are claimed, and it appearing that claims may be made against the Plaintiff in amounts that will exceed the amount or value of the Plaintiff's interest in the said vessel after the incident and her pending freight;

AND an *Ad Interim* Stipulation for Value dated October 6, 2015, executed by Seaworthy Insurance Company, in the sum of $40,250.00 having been filed by Plaintiff for the benefit of all claimants herein as security for the payment of all claims and court costs that may be awarded against the Plaintiff or the said vessel in this proceeding;

NOW, on application of Nicoletti Hornig & Sweeney, attorneys for Plaintiff, it is

ORDERED that the above-described *Ad Interim* Stipulation for Value filed by the Plaintiff for the benefit of claimants in the sum of $40,250.00 with interest as security for the amount or value of the Plaintiff's interest in the said vessel after the incident and her pending freight and court costs be, and the same hereby is, approved pending further appraisement as may be ordered by the Court upon motion and good cause shown pursuant to Supplemental Rule F(7); and it is further

ORDERED that a notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation admonishing such persons to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Plaintiff a copy thereof on or before the _____ day of _____, 2015, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, that claimant shall also file with the Clerk of this Court and serve on the attorneys for the Plaintiff an answer to the Complaint on or before the said date unless the claim includes an answer, so designated, or be defaulted, and it is further

ORDERED that the aforesaid notice shall be in the form of the notice attached hereto as Exhibit A, and that the said notice shall be published as provided by Supplemental Rule F(4) in a newspaper designated in Appendix G of the Local Rules of Civil Procedure as an official newspaper for publication in Cape May County, and copies of the notice shall be mailed in accordance with Supplemental Rule F(4); and it is further

ORDERED that the further prosecution of any and all suits, actions and proceedings now pending, and the institution of any and all suits, actions or proceedings of any nature or description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such suits, actions or proceedings against the Plaintiff, or either of them or against the said vessel, except in the present proceeding, in respect of any loss, damage, injury or death

2

arising out of the said incident or trip involving the vessel as alleged in the Complaint, be and they hereby are restrained, stayed and enjoined until the hearing and determination of this proceeding; and it is further

ORDERED that service of this Order as a restraining order may be made through the United States Postal Service by mailing a conformed copy of this Order to the person or persons to be restrained, or to their respective attorneys, or alternatively by electronic mail.

Dated: Camden, New Jersey
_____, 2015

_____
United States District Judge

T:\grussell\0-1202\ORDER APPROVING AD INTERIM STIPULATION.doc