NICOLETTI HORNIG & SWEENEY
Guerric S.D.L. Russell
Attorneys for Plaintiff
Matthew Carson
505 Main Street, Suite 106
Hackensack, New Jersey 07601
Tel: (201) 343-0970

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint | : 15 Civ. 7388-NLH-KMW |
| of | : **MOTION TO APPROVE *AD*** |
| | : ***INTERIM* STIPULATION FOR** |
| MATTHEW CARSON, as Owner of the vessel | : **VALUE AND FOR ENTRY OF** |
| TAMMY LYNN, a 2005 28' Mako Model | : **AN ORDER DIRECTING** |
| 284CC (HIN: MRKTM064C505) for Exoneration | : **ISSUANCE OF NOTICE AND** |
| from or Limitation of Liability | : **ENJOINING ACTIONS** |

Plaintiff MATTHEW CARSON, as owners of the vessel TAMMY LYNN, by their attorneys, move the Court to enter an Order (i) approving the *Ad Interim* Stipulation for Value filed by the Plaintiff (Dkt. 1-2), (ii) directing issuance of notice of the commencement of this proceeding and (iii) enjoining actions, all as prayed for in the Complaint herein.

Dated: Hackensack, New Jersey
February 18, 2016

                                        NICOLETTI HORNIG & SWEENEY
                                        Attorneys for Petitioner
                                        MATTHEW CARSON

                                        By: /s/ Guerric S.D.L. Russell
                                            Guerric S.D.L. Russell
                                            505 Main Street, Suite 106
                                            Hackensack, New Jersey 07601
                                            Tel: 201-343-0970
                                            Fax: 201-343-5882
                                            E-mail: grussell@nicolettihornig.com
                                            (FILE No.:00001202 GSR)