Nicoletti Hornig & Sweeney
Guerric S.D.L. Russell
Attorneys for Plaintiff
Matthew Carson
505 Main Street, Suite 106
Hackensack, New Jersey 07601
Tel: (201) 343-0970

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of the Complaint | : | 15 Civ. 7388-NLH-KMW |
| | : | |
| of | : | **DECLARATION OF SERVICE** |
| | : | **BY MAIL AND PUBLICATION** |
| MATTHEW CARSON, as Owner of the | : | **OF NOTICE** |
| vessel TAMMY LYNN, a 2005 28' Mako | : | |
| Model 284CC (HIN: MRKTM064C505) for | : | |
| Exoneration from or Limitation of Liability | : | |

I, GUERRIC S.D.L. RUSSELL, declare under penalty of perjury that the foregoing is true and correct:

1.      I am a member of the law firm of Nicoletti Hornig & Sweeney, attorneys for Petitioner in Limitation, MATTHEW CARSON as Owner of the above captioned vessel and as such I am fully familiar with the factual circumstances and prior pleadings and proceedings herein by reason of the file maintained in my office.

2.      I make this declaration on personal knowledge to confirm that Petitioner has both mailed and published the Notice, which was issued by the Clerk of the Court on February 29, 2016, on every person (and/or their attorney) known to have any claim against the vessel or Petitioner as required by the Court's Order Restraining Suits dated February 29, 2016, and Rule F(4) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3.      On March 14, 2016, I caused to be served by mail the Notice, together with a copy of Petitioner's Complaint, *Ad Interim* Stipulation for Value, Order Restraining Suits, Rule 7.1 Statement and Civil Cover Sheet upon:

> Bochetto & Lentz
> 1524 Locust Street
> Philadelphia, PA 19102

4.      On March 30, April 6, April 13 and April 20, 2016, the Notice was published in The Press of Atlantic City.  Annexed hereto as Exhibit "1" is a Certification from a representative of The Press of Atlantic City attesting to the publication.

Dated: Hackensack, New Jersey
          May 25, 2016

_____
Guerric S.D.L. Russell

T:\grussell\0-1202\Declaration of Publication.doc

# EXHIBIT 1



THE
PRESS
OF ATLANTIC CITY

### Certification - Proof of Publication

*Karen Broomall of lawful age, acting in her capacity as an employee of The Press of Atlantic City, a daily newspaper printed and published c/o 1000 West Washington Avenue, Pleasantville, New Jersey 08232, and distributed in the following counties: Atlantic, Camden, Cape May, Cumberland, Gloucester, and Ocean and mailed to various parts of the State of New Jersey, the United States, and foreign countries, does hereby certify that the Notice accompanying this Certification was published in The Press of Atlantic City on :*

*Ed. 1: 3/30/2016, 4/6/2016, 4/13/2016, 4/20/2016*

*All interested parties may rely upon the representations contained herein limited solely to the authenticity of the Notice accompanying this Certification to be an accurate reproduction of the same and the date upon which it was published.*

*Dated: 04/21/2016.*

Karen Broomall

Karen Broomall

---

**UNITED STATES
DISTRICT COURT
DISTRICT OF NEW JERSEY**

**CIVIL ACTION NO.:**

**NOTICE OF COMPLAINT FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY**

In the Matter of the Complaint of

MATTHEW CARSON, as Owner of the vessel TAMMY LYNN, a 2005 28' Mako Model 284CC (HIN: MRKTM064C505) for Exoneration from or Limitation of Liability

NOTICE is given that the above-named Plaintiffs have filed a Complaint pursuant to 46 U.S.C. § 30501 et seq., the statutes supplemental thereto and amendatory thereof, and Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, seeking exoneration from or limitation of liability for all claims for loss, damage, injury or death arising out of or occurring on a trip on July 11, 2015 when the vessel TAMMY LYNN was operating in the area of the Cape May inlet, New Jersey, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court located at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101 and must serve a copy thereof on the attorneys for the Plaintiff, Nicoletti Hornig & Sweeney, 505 Main Street, Suite 106, Hackensack, New Jersey 07601 on or before the 29th day of April, 2016 or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall also file with the Clerk of this Court and serve on the attorneys for the Plaintiffs an answer to the Complaint on or before the aforesaid date unless the claimant's claim includes an answer so designated, or be defaulted.

Dated: Camden, New Jersey February 29, 2016

William T. Walsh/Desiree Ramsey Clerk of the Court United States District Court for the District of New Jersey Printer Fee: $155.04 #0090959175 Pub Date: March 30, April 6, 13 & 20, 2016