```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| IN RE:<br><br>MATTHEW CARSON, As Owner of the vessel Tammy Lynn, a 2005 28' Mako Model 284CC (HIN: MRKTM064C505) for Exoneration from or Limitation of Liability,<br><br>                     Petitioner. | Civil No. 15-7388-NLH-KMW |

### AMENDED SCHEDULING ORDER

   This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **October 14, 2016**; and the Court noting the following appearances: **Guerric S.D. Russell, Esquire**, appearing on behalf of the petitioner; and **Gavin Lentz, Esquire,** and **Vincent Van Laar, Esquire**, appearing on behalf of the claimants; and for good cause shown:

   IT IS this **14th** day of **October**, **2016**, hereby **ORDERED**:

   1.  **All deadlines set forth in the May 26, 2016 Scheduling Order shall remain in effect**.

   2.  The Court will conduct a telephone status conference on **January 13, 2017 at 10:30 a.m.**  Counsel for plaintiff shall initiate the telephone call**.**

   3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                             s/ Karen M. Williams
                                             KAREN M. WILLIAMS
                                             United States Magistrate Judge


cc:  Hon. Noel L. Hillman