# Nicoletti Hornig & Sweeney

TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

505 Main Street, Suite 106
Hackensack, New Jersey 07601-5928

NEW YORK OFFICE
WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NEW YORK 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEB: www.nicolettihornig.com

January 13, 2017

**VIA ECF AND FAX: 856-757-6846**

Magistrate Judge Karen M. Williams
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

RE: *In the Matter of Matthew Carson as Owner of the TAMMY LYNN*
United States District Court, District of New Jersey
Docket No.: 15 Civ. 7388-NLH-KMW
Claimants: Joseph and Kathleen Sandefur
Date of Incident: July 11, 2015
Our File No.: 000001202 GSR

Dear Judge Williams:

    We represent petitioner Matthew Carson in the above-referenced matter. We respectfully submit this joint report regarding the status of mediation pursuant to your Honor's Text Order (Docket Entry No. 14).

    Counsel for the parties have agreed to recommend neutral Joel B. Rosen, a retired United States District Court Magistrate Judge for the District of New Jersey. Judge Rosen has since been approved by Claimants. We expect to hear from our client in the next few days at which time we will immediately proceed to secure a date for mediation. We are advised that Judge Rosen is currently booked until April, but that the entire month is generally available at this time. We therefore anticipate that the parties' mediation will be completed by the end of April.

    In the event a settlement cannot be reached by the parties through mediation, we respectfully request that the Court schedule a telephone conference during the first two weeks in May to discuss a schedule for remaining discovery.

January 13, 2017
Page 2

We thank the Court for its time and consideration to this matter.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*

Guerric S.D.L. Russell

GSR/lek

**CC: VIA ECF AND FAX:**

BOCHETTO & LENTZ, P.C.
Attorneys for Claimants
Joseph and Kathleen Sandefur
1230 Brace Road
Cherry Hill, New Jersey 08034
Tel:  (215) 735-3900
Fax: (215) 735-2455
E-mail: vvanlaar@bochettoandlentz.com
<u>Attention:</u>     Vincent J.B. Van Laar, Esq.

X:\Public Word Files\0\1202\Hon. Williams letter 01.13.16 s.lek.doc