UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint | : 15 Civ. 7388-NLH-KMW |
| of | : STIPULATION OF |
| MATTHEW CARSON, as Owner of the vessel TAMMY LYNN, a 2005 28' Mako Model 284CC (HIN: MRKTM064C505) for Exoneration from or Limitation of Liability | : DISCONTINUANCE WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for all parties of record that the above-referenced case, having been compromised and settled, should be dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(ii), of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED, that Court retains jurisdiction to oversee and enforce the terms of the settlement.

Dated: Hackensack, New Jersey
July 7, 2017

NICOLETTI HORNIG & SWEENEY
Attorneys for Petitioner Matthew Carson

BOCHETTO & LENTZ, P.C.
Attorneys for Claimants
Joseph and Kathleen Sandefur

By: /s/ Guerric S.D.L. Russell
Guerric S.D.L. Russell
505 Main Street
Hackensack, New Jersey 07601
Tel: (201)343-0970
E-mail: grussell@nicolettihornig.com

By: /s/ Vincent J.B. Van Laar
Vincent J.B. Van Laar
1230 Brace Road
Cherry Hill, New Jersey 08034
Tel: (215) 735-3900
E-mail: vvanlaar@bochettoandlentz.com

T:\grussell\0-1202\Stipulation of Discontinuance.doc